**Order filed December 15, 2011.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-11-00795-CR

_____

**CRAIG HARDY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from County Criminal Court at Law No. 6**
**Harris County, Texas**
**Trial Court Cause No. 1698495**

---

## O R D E R

The reporter's record in this case was due November 7, 2011 _See_ Tex. R. App. P. 35.2.  Wendy Wilkerson has not filed the reporter's record.  Wendy Wilkerson has not filed an extension of time to file the reporter's record.  We therefore issue the following order.

We order **Wendy Wilkerson** to file the record in this appeal on or before **January 17, 2012**.

PER CURIAM